UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN GREY, LTD, AEROSTATION CORPORATION, UNIVERSAL-MCA MUSIC PUBLISHING, A DIVISION OF UNIVERSAL STUDIOS, INC., ET AL | CIVIL ACTION. NO. 3:05 CV-1342 (RNC) |
| v. | |
| CAFÉ ATLANTIQUE, LLC, DR. ILAN KINORI AND LAUREL LOBOVITS | MAY 19, 2006 |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the plaintiffs, Golden Grey, Ltd., Aerostation Corporation, Universal-MCA Music Publishing, a Division of Universal Studios, Inc., et al. and the defendants, Café Atlantique, LLC, Dr. Ilan Kinori and Laurel Lobovits by their undersigned counsel, hereby stipulate to the entry of an order dismissing the above-captioned action with prejudice, each party to bear its own costs.

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| Golden Grey, Ltd., et al. | Café Atlantique, et al. |
| By _____ | By _____ |
| W. Joe Wilson | David A. Slossberg |
| Federal Bar No. ct22292 | Federal Bar No. 13116 |
| Tyler Cooper & Alcorn, LLP | Hurwitz, Sagarin, Slossberg |
| CityPlace – 35th Floor | & Knuff, LLC |
| Hartford, CT 06103-3488 | 147 North Broad Street |
| Tel.: (860) 725-6200 | Milford, CT 06460 |
| Fax: (860) 2783802 | Tel: (203) 877-8000 |
| Email: jwilson@tylercooper.com | Fax: (203) 878-9800 |
| Their Attorney | Email: DSlossberg@hssklaw.com |
| | Their Attorney |

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2006 a copy of the foregoing was mailed, postage prepaid to:

David Slossberg, Esq.
Hurwitz, Sagarin & Slossberg LLC
147 North Broad Street
Milford, CT  06460

_____
W. Joe Wilson